JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
MARIE C. CHONG, IDAHO STATE BAR NO. 10973
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

U.S. COURTS

JUN 12 2024

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISSAC AUGUSTIN SANTOYO,<br><br>Defendant. | Case No.  CR 24-0154-S AKB<br><br>**INDICTMENT**<br><br>18 U.S.C. § 924(c)<br>21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>21 U.S.C. § 853 |

The Grand Jury charges:

### COUNT ONE

**Distribution of Cocaine**
**21 U.S.C. § 841(a)(1) and (b)(1)(C)**

On or about October 5, 2023, in the District of Idaho, the Defendant, ISSAC AUGUSTIN SANTOYO, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

INDICTMENT - 1

## COUNT TWO

**Distribution of Cocaine**
**21 U.S.C. § 841(a)(1) and (b)(1)(C)**

On or about November 16, 2023, in the District of Idaho, the Defendant, ISSAC AUGUSTIN SANTOYO, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

**Distribution of Cocaine**
**21 U.S.C. § 841(a)(1) and (b)(1)(C)**

On or about December 7, 2023, in the District of Idaho, the Defendant, ISSAC AUGUSTIN SANTOYO, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FOUR

**Distribution of Cocaine**
**21 U.S.C. § 841(a)(1) and (b)(1)(C)**

On or about January 3, 2024, in the District of Idaho, the Defendant, ISSAC AUGUSTIN SANTOYO, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

INDICTMENT - 2

## COUNT FIVE

**Distribution of Cocaine**
**21 U.S.C. § 841(a)(1) and (b)(1)(C)**

On or about January 30, 2024, in the District of Idaho, the Defendant, ISSAC AUGUSTIN SANTOYO, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT SIX

**Distribution of Cocaine**
**21 U.S.C. § 841(a)(1) and (b)(1)(C)**

On or about March 21, 2024, in the District of Idaho, the Defendant, ISSAC AUGUSTIN SANTOYO, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT SEVEN

**Distribution of Cocaine**
**21 U.S.C. § 841(a)(1) and (b)(1)(C)**

On or about April 16, 2024, in the District of Idaho, the Defendant, ISSAC AUGUSTIN SANTOYO, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

INDICTMENT - 3

## COUNT EIGHT

### Possession with Intent to Distribute Cocaine
### 21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about April 19, 2024, in the District of Idaho, the Defendant, ISSAC AUGUSTIN SANTOYO, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT NINE

### Possession of Firearm in Furtherance of a Drug Trafficking Crime
### 18 U.S.C. § 924(c)

On or about April 19, 2024, in the District of Idaho, the Defendant, ISSAC AUGUSTIN SANTOYO, did knowingly possess a firearm, to wit: a black, Ruger semi-automatic handgun, bearing serial number 339-15622, in furtherance of a drug trafficking crime, for which he may be prosecuted in the United States, to wit: possession with intent to distribute cocaine, as charged in Count Eight of this Indictment, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 18, United States Code, Section 924(c).

## CRIMINAL FORFEITURE ALLEGATION

### Drug Forfeiture
### 21 U.S.C. § 853

Upon conviction of the offenses alleged in this Indictment, the Defendant, ISSAC AUGUSTIN SANTOYO, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the said Defendant obtained directly or indirectly as a result of the foregoing offense; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to

INDICTMENT - 4

commit, or to facilitate the commission of, the foregoing offense. The property to be forfeited includes, but is not limited to, the following:

1. <u>Seized Property.</u>

    a. A black, Ruger semi-automatic handgun, bearing serial number 339-15622;

    b. Any associated ammunition;

    c. $26,352 of U.S. Currency, seized on April 12, 2024, from ISSAC AUGUSTIN SANTOYO;

    d. A 2020 Blue Cadillac with Idaho License Plate 01C3ZR and VIN Number 1G6DG5RK5L0138879

2. <u>Unrecovered Cash Proceeds and/or Facilitating Property</u>. The Defendant obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, and property the Defendant used to facilitate the offense (if facilitation is alleged), but based upon actions of the Defendant, the property was transferred, diminished, comingled, or is otherwise unavailable.

3. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, or "any other property of the defendant" up to the value of the Defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third person;

    c. Has been placed beyond the jurisdiction of the court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty.

**INDICTMENT - 5**

Dated this 12th day of June, 2024.

                              A TRUE BILL

                              */s/ [signature on reverse]*
                              _____
                              FOREPERSON

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

_____
MARIE C. CHONG
SPECIAL ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 6**